# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FRANKLIN JOSEPH ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-042 |
| ) | |
| CHATHAM COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On March 25, 2013, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms by April 24, 2013 would result in the dismissal of his case. (*Id.*) Plaintiff has failed to comply with this Order. Accordingly, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  21st  day of May, 2013.

*/s/ G. R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA